

No. 11–0564/MC.  U.S. v. Bradley A. Morales.  CCA 201000057.  On consideration of the motions filed by Lieutenant Ryan Santicola to withdraw from representation as Appellate Defense Counsel in the above cases, it appears that the Judge Advocate General has assigned another counsel to represent Appellants and that the new counsel has assumed representation of said Appellants.  Accordingly, it is ordered that said motions are granted.

No. 11–0568/AR.  U.S. v. John D. Booth.  CCA 20080564.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including July 7, 2011.

No. 11–0571/AR.  U.S. v. Darius G. Cunningham.  CCA 20080848.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including July 8, 2011.

No. 11–6006/AF.  U.S. v. Steven A. Danylo.  CCA 2010–15.  On consideration of Appellant's petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2006), Appellee's motion to file an answer to the supplement out of time, Appellant's motion to attach documents, and Appellee's motion to dismiss, it is ordered that the motion to file an answer out of time is hereby granted; that the motion to attach documents is hereby denied; that the petition for grant of review is hereby denied without prejudice to Appellant raising the issues in the course of direct review; and that the motion to dismiss is hereby denied as moot.

Tuesday, June 21, 2011

No. 11–0495/AR.  U.S. v. Brandon K. Price.  CCA 20100382.  Review granted on the following issue: